IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL  DIVISION


ALLISON G BECK,                          )
                                         )
              Plaintiff,                 )
                                         )
       vs.                               )        C05-3071 PAZ
                                         )
                                         )     JUDGMENT IN A CIVIL CASE
COMMISSIONER OF SOCIAL                   )
SECURITY,                                )
MICHAEL J ASTRUE,                        )
                                         )
              Defendant.                 )
                                         )

This action came before the Court.  The issues have been decided and a decision has been

rendered.

          IT IS ORDERED AND ADJUDGED

          The Commissioner's decision is affirmed .  Judgment will be entered in favor of the

Commissioner and against Beck.  Plaintiff take nothing and this action is dismissed.


DATED: February 16, 2007


Pridgen J. Watkins
Clerk

s/src
(By) Deputy Clerk